```
              IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF TEXAS

                       BEAUMONT DIVISION
```

OSSIE ROBERT TRADER           §

VS.                           §   CIVIL ACTION NO. 1:07cv339

PENNSYLVANIA BOARD OF PAROLE  §
AND PROBATION

### MEMORANDUM OPINION REGARDING VENUE

Petitioner Ossie Robert Trader, an inmate confined in the Federal Correctional Institute at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus.

### Discussion

Petitioner states that in 1984, he was convicted of a criminal offense in a state court in Pennsylvania. He was sentenced to 20 years imprisonment. Petitioner subsequently was released on parole.

Petitioner further states that in 1995, he was convicted of a federal offense. He states this conviction constituted a violation of the terms of release on parole. He states that rather than provide him with a prompt hearing concerning the parole violation, in 2003 the Pennsylvania Board of Parole and Probation lodged a detainer with officials at his federal prison. He states the Pennsylvania authorities should remove this de-

tainer because, by his calculation, he discharged his state sentence in 2004.

Petitioner does not assert that his current federal confinement is unlawful. Instead, he asserts Pennsylvania authorities have failed to release a detainer lodged against him. As petitioner's quarrel is with Pennsylvania authorities, the court is of the opinion that this petition should be transferred to a forum where a Pennsylvania state inmate would pursue a petition for writ of habeas corpus. Accordingly, this petition will be transferred to the Harrisburg Division of the United States District Court for the Middle District of Pennsylvania. A transfer order shall be entered in accordance with this memorandum opinion.

**SIGNED** this __2__ day of __November__, 2007.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE